# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

143335 & (11)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRANDEN PETERMAN and
CARRIE PETERMAN,
Plaintiffs-Appellees,

v

AUTO-OWNERS LIFE INSURANCE
COMPANY,
Defendant-Appellant.

SC: 143335
COA: 301174
Montcalm CC: 09-012728-CK

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 25, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

Clerk

p1116